E-FILED
Tuesday, 05 May, 2026, 10:23:02 AM
Clerk, U.S. District Court, ILCD
V 1.0 9/28/2021

## Courtroom Deputy Instructions for Connecting to ZOOM Virtual Meeting Room

### Hon. Judge Quivey
*Springfield, IL Courtroom III*

---

**ZOOM Meeting ID:** 160 363 06109

**Toll-Free Call-In Number:** 551-285-1373

*IMPORTANT NOTICE:*
*If you have a telephone hearing scheduled with Pontiac CC, you will need to provide them with this alternate telephone number instead of the regular number:* **646-828-7666**

---

### Connecting Facilities to the Zoom Call by Telephone

Use these steps if you as the courtroom deputy need to call the facility and bring them into the zoom hearing:

(Note: If you have already called into the hearing by telephone, skip to step 2.)

1. Using your telephone, call into the zoom hearing using 551-285-1373 and put the meeting id in (160 363 06109).

2. Once you have entered the meeting, on your telephone, conference in the phone number of the facility. Once you call them and conference the call, the facility will be entered into the zoom hearing.

---

Step 1: On your Virtual Desktop, double-click on the "Zoom" icon.

V 1.0 9/28/2021

Step 2: On the Zoom login screen, enter the Judge's Zoom email account (ilcd_zm_quivey@ilcd.uscourts.gov) followed by the password (***) and hit "**Sign In**".



V 1.0 9/28/2021

Step 3: On the Zoom home screen, select the orange "New Meeting" button



Step 4: Zoom will then launch and bring up a prompt asking you to select an audio option. Click the blue "Join with Computer Audio" button **OR** you can close out of that window if your PC does not have a webcam and/or you do not need to be seen via video during the hearing.

V 1.0 9/28/2021



Step 5: You will want to make sure your Audio & Video are both muted. On the bottom left corner of the Zoom window, click on the "Join Audio" and "Start Video" buttons to turn them off (they will display a red line through them if they are set to off as shown below)



Step 6: Select the "Participants" button on the bottom task bar to open the participants tab on the right side. Here is where you can see all active participants on the call & allow people into the call who are in the "waiting room"



Step 7: Now move to the **courtroom touch panel**. On the touch panel, go to "Video Evidence Selections" and make sure the "**All Video Blackout Off**" button is set to "**Off**" as shown below. You will also want to make sure that the "**Courtroom Sources**" is set to "**Video Conference**"



V 1.0 9/28/2021

Step 8: Go to the "**Video Conference**" tab on the right side and on the top menu select "**Phonebook**". There you will see a speed dial entry labeled "**ZOOM**". Hit the **"ZOOM"** label and then select the "**Call Selected Entry**" button.



Step 9: Go back to your virtual desktop and on the Zoom window you have open you should see the courtroom system appear in the "**Waiting Room**" on the participants menu. Click the blue "**Admit**" button and it will bring the courtroom system into the Zoom meeting.

V 1.0 9/28/2021



V 1.0 9/28/2021

When you admit the courtroom into the zoom call, you should see the courtroom video feed appear on your Zoom window as shown below.



*IMPORTANT THINGS TO NOTE*

- You will need to admin all participants into the Zoom meeting as they appear in the Waiting Room. Just like the courtroom showing up there, when someone joins the Zoom meeting, they will show up under "Participants – Waiting Room" on the right side of your Zoom window and you will need to hit "Allow" to let them into the meeting.