E-FILED
Wednesday, 23 September, 2026 09:31:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND,

Plaintiff,

v.

APROPOS LANDSCAPING, INC.,

Defendant,

Case No. 25-3183

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Railroad Maintenance and Industrial Health and Welfare Fund, by and through its attorneys, Cavanagh & O'Hara LLP, and Defendant, Apropos Landscaping, Inc., by and through its attorneys, Allocco Miller & Cahill, P.C. (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, without prejudice.

The Parties have entered into a Settlement Agreement, the terms of which have been performed as required, and all matters at issue in this action have been resolved to the Parties' mutual satisfaction.

**RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND**

/s Cressa E. Wagner

Cressa E. Wagner
CAVANAGH & O'HARA
2319 W. Jefferson Street
Springfield, IL 62702

**APROPOS LANDSCAPING, INC.**

s/ Todd A. Miller

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

(217) 544-1771
Fax: (217) 544-9894
cressa@cavangh-ohara.com

(312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com