E-FILED
Monday, 05 October, 2026 08:58:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 25-3183 |
| APROPOS LANDSCAPING, INC., | ) | |
| Defendant, | ) | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Railroad Maintenance and Industrial Health and Welfare Fund, by and through its attorneys, Cavanagh & O'Hara LLP, and Defendant, Apropos Landscaping, Inc., by and through its attorneys, Allocco Miller & Cahill, P.C. (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, without prejudice.

The Parties have entered into a Settlement Agreement, the terms of which have been performed as required, and all matters at issue in this action have been resolved to the Parties' mutual satisfaction.

**RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND**

/s Cressa E. Wagner

Cressa E. Wagner
CAVANAGH & O'HARA
2319 W. Jefferson Street
Springfield, IL 62702

**APROPOS LANDSCAPING, INC.**

s/ Todd A. Miller

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

(217) 544-1771
Fax: (217) 544-9894
cressa@cavangh-ohara.com

(312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com